UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JONATHAN MOSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05 CV 107 JM |
| ) | |
| MEGAN MUSGRAVE, ) | |
| ) | |
| Defendant. ) | |

## O P I N I O N

For the reasons given in the court's order of October 3, 2007 (DE # 34), plaintiff's motions to reopen case (DE # 32), and for hearing on motion to reopen case (DE # 33), are both **DENIED**.

**SO ORDERED.**

Enter: November 6, 2007

                                          s/James T. Moody
                                          JUDGE JAMES T. MOODY
                                          UNITED STATES DISTRICT COURT